Golub, New York City, for plaintiff-appellee.

Eugene G. Eisner, New York City, for defendant-appellant.

Before WATERMAN, FRIENDLY and KAUFMAN, Circuit Judges.

claimed for the recovery of additional taxes. The district court entered judgment for the United States. The factual situation which gave rise to the controversy and the conclusions of the district court in reaching its decision are set forth in its opinion. Goodling v. United States, S.D.Miss., 1966, 267 F.Supp. 724. This Court is in agreement with the decision made by the district court and its judgment is

Affirmed.

**Rodney A. GOODLING and Mrs. Lillian M. Goodling, Appellants,**

v.

**UNITED STATES of America, Appellee.**

No. 24458.

United States Court of Appeals
Fifth Circuit.

May 28, 1968.

Roland J. Mestayer, Jr., Pascagoula, Miss., Thomas R. Ward, Meridian, Miss., for appellants.

Mitchell Rogovin, Asst. Atty. Gen., Lee A. Jackson, Harry Marselli, Donald Williamson, Robert H. Solomon, Attys., Dept. of Justice, Washington, D. C., Robert E. Hauberg, U. S. Atty., Jackson, Miss., for appellee.

Before JONES, WISDOM and DYER, Circuit Judges.

PER CURIAM:

The appellant and his wife brought an action against the United States to recover an alleged overpayment of income tax. The United States counter-